IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHN WAYNE JARMAN,            )
                              )
     Appellant,               )
                              )     CIVIL ACTION NO.
     v.                       )     2:14cv1133-MHT
                              )           (WO)
GULFINANCE LLC,               )
                              )
     Appellee.                )
```

## JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that the decision of the bankruptcy court is affirmed.

It is further ORDERED that costs are taxed against appellant John Wayne Jarman, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 20th day of August, 2015.**

                                  /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**